

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN



GERALD C. MANN
ATTORNEY GENERAL.

Honorable I. Predecki
County Auditor
Galveston County
Galveston, Texas

Dear Sir:

Opinion No. O-3891
Re: Commissioners' Courts, county
funds and the Texas Defense
Guard

This department has received your request for an opinion. We quote the body of your letter:

"An application has been received from the local unit of the Texas Home Defense Guard by the Galveston County Commissioners Court requesting an appropriation of one thousand Dollars ($1000.00) for their use and benefit. I am unable to locate any law which permits the County Commissioners Court to make an appropriation for such a purpose.

"Kindly inform me whether I have any legal authority to sign a warrant issued to this organization."

An act known as the Texas Defense Guard Act, Acts 1941, 47th Legislature, House Bill No. 45, authorizes the Governor of the State to organize and maintain "such military forces as the Governor may deem necessary to defend this State." This force is known as the Texas Defense Guard.

Section 4 of that act provides:

"Sec. 4. For the use of such forces, the Governor is hereby authorized to requisition from the Secretary of War such arms and equipment as may be in possession of, and can be spared by, the War Department; and to make

Honorable I. Predecki, Page 2

available to such forces the facilities of
State armories and their equipment and such
other State premises and property as may be
available. Authorization is hereby provided
for school authorities to permit the use of
school buildings by the Texas Defense Guard;
provided further that County Commissioners
Courts, city authorities, communities, and
civic and patriotic organizations are empower-
ed and authorized by this Act to provide
funds, armories, equipment, material, trans-
portation, or other appropriate services or
facilities, to the Texas Defense Guard."

Accordingly, you are respectfully advised that the
Texas Defense Guard Act grants you the necessary authority
to sign such a warrant as is herein described, subject, of
course, to the qualification that in all other respects, it
is regular.

We believe that this fully answers your question.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Wm. J. Fanning
Assistant

By Grundy Williams

APPROVED SEP 9, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

GW:GO



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN